# United States District Court
# Northern District of Indiana

| | |
|---|---|
| SCOTT CASH,      ) | |
|      ) | |
| Petitioner,      ) | |
|      ) | Civil Action No. 3:10-CV-434 JVB |
| v.      ) | |
|      ) | |
| SUPERINTENDENT,      ) | |
|      ) | |
| Respondent.      ) | |

## OPINION AND ORDER

Scott Cash, a *pro se* prisoner, filed a habeas corpus petition challenging the prison disciplinary proceeding on August 12, 2010, at the Reception and Diagnostic Center. At that hearing, he was found guilty of escape in violation of A-108 and deprived of 30 days earned credit time and demoted from credit class I to credit class II. Cash raises only one ground to challenge that finding. He argues that, in violation of prison policy, he was not screened within seven days of the alleged infraction.

"In conducting habeas review, a federal court is limited to deciding whether a conviction violated the Constitution, laws, or treaties of the United States." *Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991). Though prison policy may require screening within seven days, the Constitution, laws, and treaties of the United States do not. Therefore this is not a basis for habeas corpus relief. Because Cash cannot obtain habeas corpus relief on this claim, this petition is **DISMISSED** pursuant to Section 2254 Habeas Corpus Rule 4.

**SO ORDERED** on November 5, 2010.

       s/Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United State District Judge
Hammond Division